# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced February 5, 2015

## THE MOTION TO STAY IN THE FOLLOWING CASE IS DENIED:

15-0084      IN RE KUBOSH LITIGATION

Defendants' Request for Immediate Stay of All District Court Proceedings, filed by Felix Michael Kubosh, et al. on January 30, 2015, is denied as supplemented. The motion to transfer remains pending before the Panel.